| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE TIPPECANOE SUPERIOR COURT |
| ) | | |
| COUNTY OF TIPPECANOE) | | |

| | |
|---|---|
| KATHLEEN M. DONNELLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. |
| ) | |
| FCA US, LLC, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT and JURY DEMAND

### Count I

Comes now Plaintiff, Kathleen Donnelly, by counsel, Etzler Lawhead Legal Group. by Steven W. Etzler, and for her cause of action against the Defendant, FCA US LLC, states as follows:

1. At all times relevant herein, Plaintiff was a resident of Cedar Lake, Indiana.

2. At all times relevant herein, Defendant, FCA US LLC, was an entity incorporated in the State of Delaware and doing business in the State of Indiana.

3. At all times relevant herein, Defendant, FCA US LLC, manufactured and sold a Dodge Ram 5500 truck that was used by Plaintiff as part of her job duties with Service Industries.

4. On or about September 24, 2021, Plaintiff, Kathleen Donnelly became injured as she was operating a Dodge Ram 5500 truck had been manufactured and/or sold by Defendant, FCA US LLC.

5. The Dodger Ram 5500 truck produced and sold by the defendant was a product as defined by I.C. 34-6-2-114.

6. The Dodge Ram 5500 truck produced and sold by the defendant was defective as defined by I.C.34-20-4-1.

7. Defendant, FCA US LLC., acting through its agents, servants, employees, divisions and subsidiaries in the scope of their authority and course of business, placed its product into the stream of commerce so as to cause its product to be sold or used in Tippecanoe County, Indiana.

8. Plaintiff, Kathleen Donnelly, was a user of defendant's product and is in the class of persons that defendant should have reasonably foreseen as being subject to the harm caused by the defective condition of the Dodge Ram 5500 truck.

9. Plaintiff brings this action against defendant as the manufacturer of the defective product under the Indiana Products Liability Act.

10.. As a direct and proximate result of the defective product that was produced and sold by the Defendant, FCA US LLC., Plaintiff, Kathleen Donnelly, sustained permanent personal injuries.

11. As a direct and proximate result of the defective product that was produced and sold by the Defendant, FCA US LLC., and plaintiff's injuries, Plaintiff, Kathleen Donnelly, has incurred medical expenses past, present and future.

12. As a direct and proximate result of the defective product that was produced and sold by the Defendant, FCA US LLC., and plaintiff's injuries, Plaintiff, Kathleen Donnelly, has incurred lost wages and loss of future earning capacity.

13. As a direct and proximate result of the defective product that was produced and sold by the Defendant, FCA US LLC., and plaintiff's injuries, Plaintiff, Kathleen Donnelly, has

sustained emotional trauma and loss of life's enjoyments.

WHEREFORE, Plaintiff, Kathleen Donnelly prays for judgment against the Defendant, FCA US LLC, in an amount commensurate with the evidence, and for all other just and proper relief.

### Count II

1. Plaintiff realleges and incorporate herein by reference, rhetorical paragraphs 1-13 of Count I of this Complaint.

14. Defendant was negligent in the design, manufacture, assembly, engineering, testing and inspection of its product.

15. Defendant was negligent in failing to warn Plaintiff, Kathleen Donnelly that its product was defective.

16. Defendant was negligent in placing its defective product in the stream of commerce when it knew or should have known the defective product would cause damage to the intended user.

17. As a direct and proximate result of the defective product that was produced and sold by the Defendant, FCA US LLC., Plaintiff, Kathleen Donnelly, sustained permanent personal injuries.

18. As a direct and proximate result of the defective product that was produced and sold by the Defendant, FCA US LLC., and plaintiff's injuries, Plaintiff, Kathleen Donnelly, has incurred medical expenses past, present and future.

19. As a direct and proximate result of the defective product that was produced and sold by the Defendant, FCA US LLC., and plaintiff's injuries, Plaintiff, Kathleen Donnelly, has

3

incurred lost wages and loss of future earning capacity.

20. As a direct and proximate result of the defective product that was produced and sold by the Defendant, FCA US LLC., and plaintiff's injuries, Plaintiff, Kathleen Donnelly, has sustained emotional trauma and loss of life's enjoyments.

WHEREFORE, Plaintiff, Kathleen Donnelly prays for judgment against the Defendant, FCA US LLC, in an amount commensurate with the evidence, and for all other just and proper relief.

## Count III

1. Plaintiffs reallege and incorporate herein by reference, rhetorical paragraphs 1-13 of Count I of this Complaint.

14. Plaintiffs reallege and incorporate herein by reference, rhetorical paragraphs 14-20 of Count II of this Complaint

21. Defendant owed Plaintiff a common law duty to provide a safe product to him as an employee of ArcelorMittal USA.

22. Defendant, by its agents and representatives, breached this duty by selling, distributing or otherwise providing a Dodge Ram 5500 truck that was not safe for use.

23. Defendant knew or should have known that the Dodge Ram 5500 truck could not be used safely due to an incorrect torque specification in the Service & Owner's manuals.

24. Defendant's failure to provide correct torque specifications for lug nuts on the wheels of the Dodge Ram 5500 truck operated by Plaintiff on the date of the accident is negligence.

25. As a direct and proximate result of the defendant's negligence, Plaintiff, Kathleen

4

Donnelly, sustained permanent personal injuries.

26. As a direct and proximate result of the defendant's negligence and plaintiff's injuries, Plaintiff, Kathleen Donnelly, has incurred medical expenses past, present and future.

27. As a direct and proximate result of the defendant's negligence and plaintiff's injuries, Plaintiff, Kathleen Donnelly, has incurred lost wages and loss of future earning capacity.

28. As a direct and proximate result of the defendant's negligence and plaintiff's injuries, Plaintiff, Kathleen Donnelly, has sustained emotional trauma and loss of life's enjoyments.

WHEREFORE, Plaintiff, Kathleen Donnelly prays for judgment against the Defendant, FCA US LLC, in an amount commensurate with the evidence, and for all other just and proper relief.

**ETZLER LAWHEAD LEGAL GROUP**

By: /s/Steven W. Etzler
Steven W. Etzler #20113-45
11065 Broadway
Suite E
Crown Point, IN 46307
(219) 922-3901
steve@etzlaw.com
Attorney for Plaintiff

## JURY DEMAND

Comes now, Plaintiffs, by counsel, and request trial by jury on all issues triable by jury.

**ETZLER LAWHEAD LEGAL GROUP**

**By**: */s/Steven W. Etzler*
Steven W. Etzler #20113-45
11065 Broadway
Suite E
Crown Point, IN 46307
(219) 922-3901
steve@etzlaw.com
Attorney for Plaintiff